# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BEATRICE WILCOX,<br>  Plaintiff(s),<br>v.<br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,<br>  Defendant(s). | Case No.: 2:18-cv-00541-RFB-NJK<br><br>**ORDER** |

This case was removed from state court on March 23, 2018. Docket No. 1. It appears from a later filing that Defendant filed an answer in state court on that same day. *See* Docket No. 7 at 2. In violation of applicable law, Defendant has not filed a copy of that answer with this Court. *Compare* 28 U.S.C. § 1446(a) (requiring filing of copies of all pleadings) *with* Docket No. 4 (purporting to be exhibit with all pleadings in state court, but omitting any answer). Defendant shall file a copy of its answer in this case by June 25, 2018.

Additionally, the parties to date have not filed a joint proposed discovery plan. *But see* Local Rule 26-1(a). The parties shall file a joint proposed discovery plan by July 3, 2018.

IT IS SO ORDERED.

Dated: June 21, 2018

_____
Nancy J. Koppe
United States Magistrate Judge