JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603
PYATT SILVESTRI
701 Bridger Ave., Suite 600
Las Vegas, NV 89101
(702) 383-6000
Fax: (702) 477-0088
jsilvestri@pyattsilvestri.com

Attorneys for Defendant
ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BEATRICE WILCOX,<br><br>    Plaintiff,<br><br>vs.<br><br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, a State of Illinois Corporation; DOES 1-10, inclusive; ROE ENTITIES 1-10, inclusive,<br><br>    Defendants. | CASE NO.: 2:18-cv-00541-RFB-NJK<br><br>**MOTION TO REMOVE ATTORNEY FROM CM/ECF SERVICE** |

    COMES NOW, Defendant, ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY (hereinafter "Allstate"), by and through its counsel of record JAMES P.C. SILVESTRI, ESQ., of the law firm of PYATT SILVESTRI, and respectfully moves this Court for an Order to remove attorney, WALTER F. FICK, ESQ. from its Case Management/Electronic Case Filing system.

    Attorney Walter F. Fick, Esq., is no longer with the law office of PYATT SILVESTRI. Given the appearance of attorney Darlene M. Cartier, Esq., herein, on behalf of Defendant, no party will be prejudiced by the counsel's withdrawal.

    This Motion is based upon the following Memorandum of Points and Authorities, all pleadings and papers filed herein, and any oral arguments that this Court wishes to consider.

Dated this 22nd day of June, 2018.

PYATT SILVESTRI

/s/James P. C. Silvestri
JAMES P.C. SILVESTRI, ESQ.
Nevada Bar No. 3603
Attorneys for Defendant
*ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY*

**ORDER**

IT IS SO ORDERED.

Dated: June 25, 2018

UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing **MOTION TO REMOVE ATTORNEY FROM CM/ECF SERVICE** will be e-served with through the United States District Court's CM/ECF website to the parties on this 22nd day of June, 2018 addressed as follows:

John C. Funk, Esq.
Leila L. Hale, Esq.
HALE INJURY LAW
3333 Serene Avenue, Suite 200
Henderson, NV 89074
jfunk@haleinjurylaw.com
lhale@haleinjurylaw.com

Attorney for Plaintiff

/s/Janet Wakuzawa
An employee of PYATT SILVESTRI