# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BEATRICE WILCOX,<br>  Plaintiff(s),<br>v.<br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,<br>  Defendant(s). | Case No.: 2:18-cv-00541-RFB-NJK<br><br>**ORDER** |

The parties to date have not filed a joint proposed discovery plan as required. The Court ordered the parties to file a joint proposed discovery plan by July 3, 2018. Docket No. 9. The parties did not do so. The parties are again **ORDERED** to file a joint proposed discovery plan, this time by July 13, 2018. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS.**

IT IS SO ORDERED.

Dated: July 9, 2018

_____
Nancy J. Koppe
United States Magistrate Judge

1