JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603
DARLENE M. CARTIER, ESQ.
Nevada Bar 8775
PYATT SILVESTRI
701 Bridger Ave., Suite 600
Las Vegas, NV 89101
(702) 383-6000
Fax: (702) 477-0088

Attorneys for Defendant
ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BEATRICE WILCOX,<br><br>    Plaintiff,<br><br>vs.<br><br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, a State of Illinois Corporation; DOES 1-10, inclusive; ROE ENTITIES 1-10, inclusive,<br><br>    Defendants. | CASE NO.: 2:18-cv-00541-RFB-NJK<br><br>STPULATION AND ORDER TO STAY PROCEEDINGS, PENDING BINDING ARBITRATION |

## STIPULATION AND ORDER TO STAY PROCEEDINGS, PENDING BINDING ARBITRATION

Defendant, ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY ("Allstate"), by and through its attorneys of record, James P.C. Silvestri, Esq. and Darlene M. Cartier, Esq., of the law firm of Pyatt Silvestri, and Plaintiff, BEATRICE WILCOX ("Plaintiff"), by and through her attorney of record, John Funk, Esq. of Hale Injury Law, hereby request this Court stay proceedings pending binding arbitration. No trial date has been set.

The parties have entered into a stipulation for dismissal of Plaintiff's bad faith claims against Allstate, and to submit the matter to binding arbitration before arbitrator Paul Haire. The arbitration hearing is currently set for January 17, 2019. The parties hereby request the proceedings in the above-entitled action be stayed, pending the binding arbitration.

///

1

| | |
|---|---|
|1| NOW, THEREFORE, IT IS HEREBY STIPULATED AS FOLLOWS:|
|2| 1. That the above-entitled action is hereby stayed, pending the binding arbitration;|
|3| 2. That at the conclusion of the binding arbitration, and payment of any award, the|
|4|parties will execute and submit to this Court, a stipulation for dismissal, with prejudice.|

Dated this 12 day of October, 2018.    Dated this 12 day of October, 2018.

PYATT SILVESTRI                          HALE INJURY LAW

/s/ Darlene M. Cartier                   /s/ John C. Funk
JAMES P. C. SILVESTRI, ESQ.              JOHN C. FUNK, ESQ.
Nevada Bar No. 3603                      Nevada Bar No. 9255
DARLENE M. CARTIER                       LEILA L. HALE, ESQ.
Nevada Bar No. 8775                      Nevada Bar No. 7368
701 Bridger Avenue, Ste. 600             1661 W. Horizon Ridge Pkwy., Suite 200
Las Vegas, NV 89101                      Henderson, NV 89012
jsilvestri@pyattsilvestri.com            jfunk@haleinjurylaw.com
dcartier@pyattsilvestri.com              lhale@haleinjurylaw.com

Attorneys for Defendant                  Attorneys for Plaintiff
ALLSTATE PROPERTY AND                    BEATRICE WILCOX
CASUALTY INSURANCE COMPANY

## ORDER

**IT IS SO ORDERED.**

Dated this 10th of October, 2018.

_____
RICHARD F. BOULWARE, II
United States District Court