```
 1  JAMES P. C. SILVESTRI, ESQ.
    Nevada Bar No. 3603
 2  DARLENE M. CARTIER, ESQ.
    Nevada Bar 8775
 3  PYATT SILVESTRI
    701 Bridger Ave., Suite 600
 4  Las Vegas, NV 89101
    (702) 383-6000
 5  Fax: (702) 477-0088

 6  Attorneys for Defendant
    ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY
 7
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| BEATRICE WILCOX, | |
|---|---|
| Plaintiff, | CASE NO.: 2:18-cv-00541-RFB-NJK |
| vs. | |
| ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, a State of Illinois Corporation; DOES 1-10, inclusive; ROE ENTITIES 1-10, inclusive, | STPULATION AND ORDER FOR DISMISSAL, WITH PREJUDICE |
| Defendants. | |

## **STIPULATION AND ORDER FOR DISMISSAL, WITH PREJUDICE**

Defendant, ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY ("Allstate"), by and through its attorney of record, Darlene M. Cartier, Esq., of the law firm of Pyatt Silvestri, and Plaintiff, BEATRICE WILCOX ("Plaintiff"), by and through her attorney of record, Jolene Manke, Esq. of Hale Injury Law, stipulate and agree, that Plaintiff hereby dismisses the above-referenced matter against ALLSTATE, in its entirety, with prejudice, each

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

party to bear their own fees and costs.

**RESPECTFULLY SUBMITTED**

Dated this 15th day of March, 2019.                Dated this 15th day of March, 2019.

PYATT SILVESTRI                                     HALE INJURY LAW

/s/ Darlene Cartier                                 /s/Jolene Manke, Esq.
DARLENE M. CARTIER, ESQ.                            JOLENE MANKE, ESQ.
Nevada Bar No. 8775                                 Nevada Bar No. 7436
701 Bridger Avenue, Ste. 600                        1661 W. Horizon Ridge Pkwy., Suite 200
Las Vegas, NV 89101                                 Henderson, NV 89012
dcartier@pyattsilvestri.com                         jolene@injurylawyersnv.com

Attorneys for Defendant                             Attorneys for Plaintiff
ALLSTATE PROPERTY AND                               BEATRICE WILCOX
CASUALTY INSURANCE COMPANY

## ORDER

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 18th day of March, 2019.